M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Julius Marks 191094 E.C.F.
Full name and prison name of
Plaintiff(s)

v.

Officer M. Keeton

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 14CV0048A
(To be supplied by Clerk of U.S. District
Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☒ No ☐

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☒ NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2. Court (if federal court, name the district; if state court, name the county)

_____

_____

[FILED JAN 21 2014 MICHAEL J. ROEMER, CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF NY]

case # 2:13CV647-WHA

3. Docket number Case # 2:13-CV-00620-WHA-WC
4. Name of judge to whom case was assigned /S/ Wallace Capel JR. United States Magistrate Judge
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) It's Been dismissed
6. Approximate date of filing lawsuit 09/10/2013
7. Approximate date of disposition 11-05-2013

II. PLACE OF PRESENT CONFINEMENT At Easterling C. F.

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Easterling

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                    ADDRESS
1. Co1 M. Keeton           200 Wallace Drive
2.
3.
4.
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: The Co1 Touched me on my priveat part mine penis and nothing have not been done about it

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

APPROXIMATELY Time 6:04 AM, 04-17-2012
APPROXIMATELY Time 9:03 AM 11/04/2012
APPROXIMATELY Time 6:03 AM 08-09-13 This is The 3RD Time That This EVER happen To me The Name of The Officer is M. Keeton

GROUND TWO: he stopped me and said shake DOWN and while he's shaking me DOWN his Left hand touched me on my penis his inside Palm

SUPPORTING FACTS: I wrote a Request to The Warden I gets nothing Back From her and They still got me here at this camp her name is MRS. K. Jones she is The Warden here and The classification That I have he aint Tryin not to Do nothing For me I have a Lever Two custody

GROUND THREE: and They all got me At a Lever Four and I am scare for my Life I been here At This Camp 28 months

SUPPORTING FACTS: I Did what I had To Do and Montgomery, Al is Been Granted and its Been Dismissed and This case # is 2:13-CV-357-TMH /APPROXIMATELY 4:59 PM 01-10-2014 I was coming out The Chaw Hall and The Officer M. Keeton was outside he stopped me and said This shake DOWN and The Officer Touches me again on my Priveat Part my Priveat Part is my penis is with his Left Palm inside Palm why me At This gay camp That's The fourth Time That EVER happen To me again

Approximately Time 6:04 AM 04-17-2012 i was working in the kitchen when all of this happened to me while i am at Easterling corr. fac. and he came in for the shift change and he stopped me and said shake down and while he was doing that he's left hand inside palm touched my priveat part my priveat part is my penis that was the 1st time

Approximately Time 9:03 AM 11-04-2012 again i was workin in the kitchen and we all got off and he was lookin for something and didn't fine it so he get to me and touched me on my priveat part. my priveat part is my penis That's the 2nd time that ever happen to me

Approximately Time 6:03 AM 08-09-2013 again i was gettin off work in the kitchen and i walked up the middle side walk and out of nowhere the officer M. Keeton said shack down and while he was doing that he's left palm touched me on my priveat part my priveat part is my penis that's is the 3rd time that's ever happen to me

Approximately Time 4:59 PM 01-10-2014 i was coming out the chaw hall and the officer

M. Keeton was outside he stopped me and said this shake down and the officer touched me again on my priveat part my priveat part is my penis with his left palm inside palm why me At this gay camp That's The fourth time that EVER happen to me again Approximately Time 3:30 PM 04-17-2012 they just called chaw call And i go to chaw call Down i go i made it Back to The Dorm C-2 They called me to The Shift office so i go To see what they needed it with me an inmate went to Them and said i came At him with A homosexuality Like that and The officer Name is Lt. Thompkin and i said That i Am not gay and he Tryed to Lock me up For something i didn't do are didn't say i Am not gay Like i said i Am scare for my life They got me at a gay camp!! Julius Marks is my Name 19100 and i wonna thank you all for your help and may the Lord Bless us all amen thank you

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Sexual Assault Sexual Assault Sexual Assault

Julius Marks PRO-SE
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01-13-2014
(Date)

Julius Marks
Signature of plaintiff(s)