IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JULIUS MARKS, #191094, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:14-cv-213-MEF |
| | ) WO |
| OFFICER M. KEETON, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

On May 9, 2014, the Magistrate Judge filed a Recommendation (Doc. #13) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Defendant Keeton's motion is dismiss is GRANTED and this case is DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

DONE this the 3rd day of June, 2014.

                                                    /s/ Mark E. Fuller
                                          UNITED STATES DISTRICT JUDGE